UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TONY LAMAR CARD,

                  Plaintiff,

  v.

AMY KOHL,

                  Defendant.

No. 3:24-cv-05883-DGE

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable Magistrate Judge David W. Christel. (Dkt. No. 6.) The Court having considered the Report and Recommendation and the remaining record *de novo*, and no objections having been filed, does hereby find and order as follows:

(1)     The Court ADOPTS the Report and Recommendation.

(2)     The Application to Proceed IFP (Dkt. 1) is DENIED and this case is DISMISSED for failure to respond to a Court order and failure to state a claim upon which relief can be granted.

(3)     The Clerk shall enter JUDGMENT and close this case. The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

DATED this 2nd day of January 2025.

                                              David G. Estudillo
                                              United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1